**Order entered December 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00907-CV

## TOMER DAMTI, Appellant

## V.

## ACET GLOBAL, LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04365**

### ORDER

Before the Court is appellee's December 17, 2021 unopposed first motion for an extension of time to file its brief. Appellee seeks an eleven-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 7, 2022.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE